# United States District Court
## for the District of Massachusetts

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jerome Platt          **Case Number:**   09-CR-10259

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, Jr., U.S. District Judge

**Date of Original Sentence:** January 13, 2011

**Original Offense:** Felon in Possession of a Firearm and Ammunition

**Original Sentence:** 90 months' of custody followed by 36 months' supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** March 03, 2017

---

## PETITIONING THE COURT

[ X ]  To modify the conditions of supervision as follows:

**The defendant shall abide by a curfew from 8:00pm to 6:00am, unless otherwise approved by the U.S. Probation Officer, for a period of (90) ninety days. This curfew shall be enforced by electronic monitoring and the defendant shall pay for the costs of the program as determined under the national contract. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement of repair of the equipment.**

### CAUSE

<u>Violation of Standard Condition:</u> **The defendant shall not leave the judicial district without permission of the court or probation officer.**
&
<u>Violation of Standard Condition:</u> **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**
&
<u>Violation of Standard Condition:</u> **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

On 8/8/17, the undersigned probation officer spoke with New Hampshire State Trooper Haden Wilber regarding a record query that he conducted the previous night for Jerome Platt. Trooper Wilber informed this officer that Mr. Platt was driving a rental vehicle with another individual in the passenger seat when he was pulled over for a traffic infraction. Trooper Wilber informed this officer that Mr. Platt and the passenger stated they were driving to Maine to pick up his girlfriend. Trooper Wilber commented that there was a small odor of marijuana coming from the vehicle, but that he did not suspect Mr. Platt of driving under the influence. He stated that Mr. Platt was let go with only a verbal warning.

On 8/8/17, this officer met with Mr. Platt to discuss the police contact. Initially, Mr. Platt did not inform this officer that the contact took place out of the state. Eventually, Mr. Platt admitted to leaving the state

without permission, but denied that he went any further than New Hampshire. Mr. Platt also reported that the passenger in the car with him was with an individual named Tyrell (last name unknown), whom Mr. Platt knew to be a felon.

After this officer spoke with Mr. Platt about addressing his behavior via a curfew, Mr. Platt admitted that he was not residing at 35 Charles Street, Apt. 1 Boston, MA 02136 as previously reported. Mr. Platt reported that he had been living with his girlfriend at her apartment, located at 19 Woodruff Way, Boston, MA 02126.

<u>**Violation of Standard Condition:**</u> **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

On 5/30/17, Mr. Platt provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for marijuana. Mr. Platt admitted to the use of marijuana after submitting the sample.

On 7/31/17, Mr. Platt provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for marijuana. On 8/8/17, during an office visit with this officer, Mr. Platt admitted to using marijuana prior to submitting this sample.

Mr. Platt is currently employed full time. He is working with Dr. Cusack to address mental health issues and has submitted two negative drug tests since his last positive on 7/31/17. As a result of the above conduct, the Probation Office believes that imposing a curfew with electronic monitoring will effectively address Mr. Platt's conduct and provide him with the structure needed to assist him in making more pro-social decisions. The probation officer explained Mr. Platt's rights to him, and Mr. Platt then signed the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release (PROB Form 49).

If the Court concurs with the proposed intervention, it is respectfully requested that Your Honor so indicate in the space provided below.

Reviewed/Approved by:

*/s/ Joseph LaFratta*
Joseph LaFratta
Supervision U.S. Probation Officer

Respectfully submitted,

*/s/ Meaghan Mills*
by  Meaghan Mills
U.S. Probation Officer
Date:  9/11/2017

**THE COURT ORDERS**
[   ]  No Action
[   ]  The Extension of Supervision as Noted Above
[x]  The Modification of Conditions as Noted Above
[   ]  Other

_____
Signature of Judicial Officer

_____
Date

/

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF MASSACHUSETTS

I have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall abide by a curfew from 9:00pm to 6:00am, unless otherwise approved by the U.S. Probation Officer, for a period of (90) days. This curfew shall be enforced by electronic monitoring and the defendant shall pay for the costs of the program as determined under the national contract. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement of repair of the equipment.

Witness _____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

8/31/17
Date